UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEXTER FOWLER,<br><br>        Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV 10-4983-PSG(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _____April 11, 2011_____

_____
Philip S. Gutierrez
United States District Judge